An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

## IN THE SUPREME COURT OF THE STATE OF NEVADA

DYNABURSKY INVESTMENTS V, LLC,
A NEVADA LIMITED LIABILITY
CORPORATION,

          Appellant,

        vs.

SUZANNE DYNABURSKY, AN
INDIVIDUAL,

          Respondent.

No. 67643

**FILED**

JUN 09 2015

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY S. Young
      DEPUTY CLERK

### ORDER DISMISSING APPEAL

Cause appearing, appellant's motion for a voluntary dismissal of this appeal is granted. This appeal is dismissed. NRAP 42(b).

It is so ORDERED.

CLERK OF THE SUPREME COURT
TRACIE K. LINDEMAN

BY: _____

cc:   Hon. Adriana Escobar, District Judge
     Law Offices of P. Sterling Kerr
     Suzanne Dynabursky
     Eighth District Court Clerk

SUPREME COURT
OF
NEVADA

CLERK'S ORDER

(O)-1947

15-17611